| | |
|---|---|
| Jeremy T. Bergstrom, Esq. | E-filed on July 31, 2009 |

Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-93513

Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re, | BK No.: BK-S-09-21749-LBR |
| SCOTT A. MARGROFF AND DIANE MARGROFF, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

     PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

     Jeremy T. Bergstrom, Esq.
     MILES, BAUER, BERGSTROM & WINTERS, LLP
     2200 Paseo Verde Pkwy., Suite 250
     Henderson, NV  89052
     PH (702) 369-5960

                         MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated:   July 30, 2009      By:   /s/ Jeremy T. Bergstrom, Esq.
                                  Jeremy T. Bergstrom, Esq.
                                  Attorney for Secured Creditor

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on  July 31, 2009 , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

ATTORNEY FOR DEBTOR:
Sam Benevento, Esq.
1945 E. Warm Springs Rd.
Las Vegas, NV  89119

CHAPTER 13 TRUSTEE:
Kathleen A. Leavitt
201 Las Vegas Boulevard South, Suite 200
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

      /s/ Stacey L. Werner
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93513/rfsnlv.dot/slw)**